OFFICE OF DISCIPLINARY COUNSEL *v.* ABOOKIRE.

[Cite as *Disciplinary Counsel v. Abookire* (1992), 63 Ohio St.3d 391.]

(No. 91–2520—Submitted January 22, 1992—Decided April 15, 1992.)

*J. Warren Bettis*, Disciplinary Counsel, and *Harald F. Craig III*, for relator.

*Richard S. Koblentz*, for respondent.

*Per Curiam.* After a thorough review of the record, we agree with the board as to its findings of fact and conclusions of law, but disagree as to the sanction. Accordingly, we hereby suspend Charles A. Abookire, Jr. from the practice of law for one year without credit for time served and tax costs to him.

*Judgment accordingly.*

MOYER, C.J., HOLMES, WRIGHT, H. BROWN and RESNICK, JJ., concur.

SWEENEY and DOUGLAS, JJ., dissent.

DOUGLAS, J., dissenting. I respectfully dissent. I would, as the board recommended, suspend respondent for one year *with credit for time served.*

SWEENEY, J., concurs in the foregoing dissenting opinion.